UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: SUBPOENAS ISSUED TO  DW PARTNERS,
LP; ROBERT CLARK;  IAN KRAUS; AND DAVID
WARREN

      regarding the United States District Court for the
District of Puerto Rico case of

ML-CFC 2007-6 PUERTO RICO PROPERTIES, LLC,

         Petitioners,

       -against-

BPP Retail Properties, LLC,

         Respondent.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED:  _10/7/2021_____
```

21 Misc. 753 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On September 22, 2021, Petitioners filed a motion for a protective order and to quash subpoenas served on them by Respondent in connection with *ML-CFC 2007-6 Puerto Rico Properties, LLC v. BPP Retail Properties, LLC*, No. 17 Civ. 1199 (D.P.R.).  ECF No. 1.  By **October 21, 2021**, Respondent shall respond to the motion in a brief not to exceed 15 pages.

      SO ORDERED.

Dated:  October 7, 2021
    New York, New York

                             _____
                                 ANALISA TORRES
                       United States District Judge