```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/26/2021____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: SUBPOENAS ISSUED TO DW PARTNERS, LP; ROBERT CLARK; IAN KRAUS; AND DAVID WARREN

    regarding the United States District Court for the District of Puerto Rico case of

ML-CFC 2007-6 PUERTO RICO PROPERTIES, LLC,

    Petitioners,

-against-

BPP Retail Properties, LLC,

    Respondent.

21 Misc. 753 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 22, 2021, Petitioners filed a second motion for a protective order and to quash subpoenas served on them by Respondent in connection with *ML-CFC 2007-6 Puerto Rico Properties, LLC v. BPP Retail Properties, LLC*, No. 17 Civ. 1199 (D.P.R.). ECF No. 14. By **November 9, 2021**, Respondent shall respond to the motion in a brief not to exceed 15 pages.

    SO ORDERED.

Dated: October 26, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge